UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT QUARRY JACKSON, | Civil No. 12-1545 (JRT/JSM) |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF MINNESOTA, | |
| Respondent. | |

Robert Quarry Jackson, #203189, MCF- Stillwater, 970 Pickett Street North, Bayport, MN 55003, pro se petitioner.

Matthew Frank, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 1800, St. Paul, MN 55101; Lee Barry, **OFFICE OF THE HENNEPIN COUNTY ATTORNEY**, 300 South Sixth Street, Suite C-2000, Minneapolis, MN 55487, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 2, 2012. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 2], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**;

2. This action is **DISMISSED WITH PREJUDICE**; and

3. Petitioner is **NOT** granted a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 20, 2012
at Minneapolis, Minnesota

    s/ John R. Tunheim
   JOHN R. TUNHEIM
United States District Judge